United States District Court
Southern District of Texas
**ENTERED**
July 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| REFUGIO VELA, JR., (TDCJ-CID #1976542) § § § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION H-15-1618 |
| ADRIAN GARCIA, et al., § § § | |
| Defendants. § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on July 13, 2016.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2015\15-1618.d01.wpd